SUPPRESSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC 11 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) No. | |
| vs. ) | |
| ) 4:24CR650 RWS/PLC | |
| ANTHONY POWELL-BEY, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

On or about May 1, 2024, within the Eastern District of Missouri,

**ANTHONY POWELL-BEY,**

the Defendant herein, did knowingly possess one or more machineguns, that is, one or more conversion devices designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT TWO**

The Grand Jury further charges that:

Between May 1, 2024, and continuing through September 17, 2024, within the Eastern District of Missouri

**ANTHONY POWELL-BEY,**

the defendant herein, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms.

In violation of Title 18, United States Code, Section 922(a)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Sections 922 and 924(a) as set forth in Counts One through Three, the defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation.

2. Specific property subject to forfeiture includes, but is not limited to, the following:

   a. Glock GMBH 30 pistol, SN: BWWR576;

   b. Glock GMBH 30GEN4 pistol, SN: BTSV579;

   c. SCCY Industries LLC CPX-2 pistol, SN: 752143; and

   d. Miscellaneous ammunition and magazines.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
NAUMAN WADALAWALA, #65252MO
Assistant United States Attorney