UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
DEC 11 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **4:24CR650 RWS/PLC** |
| ) | |
| ANTHONY POWELL BEY, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR PRETRIAL DETENTION AND HEARING

Comes now the United States of America, by and through its attorneys, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Nauman Wadalawala, Assistant United States Attorney for said District, and moves this Court to order the defendant detained pending further judicial proceedings, and further requests that a detention hearing be held three days from the date of the defendant's initial appearance before the United States Magistrate Judge pursuant to Title 18, United States Code, Section 3141, et. seq.

As for its grounds for detention, the United States of America states as follows:

1.  The Defendant is charged with possession of a machinegun, in violation of Title 18, United States Code, Section 922(o) and unlawfully dealing firearms, in violation of Title 18, United States Code, Section 922(a)(1)(A).

### The Nature and Circumstances of the Offense

2.  Pursuant to Title 18, United States Code, Section 3142(g), the nature of the charges against the defendant, the weight of the evidence against the defendant, and the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release additionally warrant the defendant's detention pending trial.

3.      Additionally, the defendant is charged with possession of a machinegun and unlawfully dealing firearms, which is a crime that involves a firearm, as enumerated in Title 18, United States Code, Section 3142(g)(1), which weighs in favor of detention.

### The Weight of the Evidence Against the Defendant

4.      Section 3142(g)(2) requires the Court to consider the weight of the evidence against the defendant. The government submits that the evidence against the defendant is strong.

5.      On May 1, 2024, agents with ATF conducted a search warrant on the defendant's residence at 5015 St. Louis Avenue, St. Louis, MO 63115. Defendant was present during the search and officers conducted a search incident to arrest which revealed a clear plastic bag containing fentanyl, two semi-automatic pistols and $4,165.00 in United States Currency. Defendant was interviewed and admitted that the two pistols (with automatic conversion switches) were purchased by him and in his name.

6.      On September 17, 2024, an arrest warrant was executed for the defendant. Officers arrived at the residence located at 243 Chambers Road, St. Louis, Missouri 63137. Officers recovered numerous rounds of ammunition, multiple firearms, and automatic conversion switches.

7.      Defendant was advised of his Miranda Rights and interviewed by law enforcement officers. In his interview he admitted that he had conversion switches in the past at his house and that he purchases them online and then sells them on the streets for $100-$200. He also admitted that he knew the switches were designed to convert semi-automatic firearms to automatic firearms.

### The Nature and Seriousness of the Danger to the Community

8. The safety of the community would be at risk were the defendant to be released on bond. *See* 18 U.S.C. § 3142(g)(4).

### Risk of Flight

9. There is a serious risk that the defendant will flee because he is facing a significant prison sentence in this case.

### Conclusion

10. The government submits that when considering all of the factors outlined in Title 18, United States Code, § 3142(g), the factors weigh heavily in favor of detention. There is a presumption of detention and there is clear and convincing evidence that no condition or combination of conditions that will reasonably assure the safety of any other person and the community, or the defendant's appearance in Court.

Respectfully submitted,
SAYLER A. FLEMING
United States Attorney

*/s/ Nauman Wadalawala*
NAUMAN WADALAWALA #65252MO
Assistant United States Attorney